```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Katherine Elizabeth Groover (caseview.ecf@usdoj.gov,
katherine.groover@rva.gov, katherine.groover@usdoj.gov, laura.h.taylor@usdoj.gov,
ramona.oneil@usdoj.gov), Paul Geoffrey Gill (danielle_lewis@fd.org,
jennifer_schweizer@fd.org, paul_gill@fd.org, vaermecf@fd.org, victoria_parrish@fd.org),
Magistrate Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239888@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00025-MRCVAED USA v. Inessa-Ethington, et al. Order
```
Appointing Public Defender
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:12 AM EDT and filed on 4/21/2026

| | |
|---|---|
| **Case Name:** | USA v. Inessa–Ethington, et al. |
| **Case Number:** | 3:26–mj–00025–MRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Rose Inessa–Ethington. Paul Geoffrey Gill appointed. (jsau, )**

**3:26–mj–00025–MRC–1 Notice has been electronically mailed to:**

Katherine Elizabeth Groover &nbsp &nbsp katherine.groover@usdoj.gov, CaseView.ECF@usdoj.gov, katherine.groover@rva.gov, Laura.H.Taylor@usdoj.gov, Ramona.ONeil@usdoj.gov

Paul Geoffrey Gill &nbsp &nbsp Paul_Gill@fd.org, Danielle_Lewis@fd.org, Jennifer_Schweizer@fd.org, vaermecf@fd.org, Victoria_Parrish@fd.org

**3:26–mj–00025–MRC–1 Notice has been delivered by other means to:**